**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CINDA DONAGHY,** : | |
|     **Plaintiff** : | |
| : | No. 1:19-cv-00777 |
| **v.** : | |
| : | (Judge Kane) |
| **NORTHEASTERN SCHOOL DISTRICT** : | |
| **and SCOTT D'ORAZIO,** : | |
|     **Defendants** : | |
| : | |

## ORDER

**AND NOW**, on this 15th day of November 2019, Magistrate Judge Carlson having reported to the Court that the parties have reached a settlement in the above-captioned action, **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court is directed to **CLOSE** the case.

                                                     s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania